IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC D HARPER and ERIN M HARPER, h/w,<br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>SKY KING FIREWORKS, INC., SKY KING FIREWORKS GROUP, INC., SKY KING UNLIMITED, INC., SKY KING FIREWORKS OF TIOGA LLC, and 3D PYRO,<br>　　　　　Defendants. | CIVIL ACTION<br><br><br>NO. 20-2031 |

**ORDER**

AND NOW, this     16th  day of July, 2020, upon consideration of Defendants', Sky King Fireworks, Inc, Sky King Fireworks Group, Inc., Sky King Unlimited, Inc. and Sky King Fireworks of Tioga, LLC, Motion to Transfer Venue Under 28 U.S.C. § 1404 (Doc. No. 7), it is hereby ORDERED that Defendants' Motion (Doc. No. 7) is GRANTED.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ J. Curtis Joyner
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　J. CURTIS JOYNER, J.